# ELECTRONIC RECORD

830-15
831-15

COA # 02-14-00187-CR               OFFENSE: 2

STYLE: Kendell Najee Simington v. The State of Texas               COUNTY: Tarrant

COA DISPOSITION: AFFIRMED               TRIAL COURT: Criminal District Court No. 1

DATE: 06/25/15          Publish: NO          TC CASE #: 1327054D

# IN THE COURT OF CRIMINAL APPEALS

830-15
831-15

STYLE: Kendell Najee Simington v. The State of Texas

APPELLANT'S Petition

CCA #: 831-15

CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:

REFUSED

DATE: 09/16/2015

JUDGE: Per Curiam

DATE: _____

JUDGE: _____

SIGNED: _____          PC: _____

PUBLISH: _____          DNP: _____

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

# ELECTRONIC RECORD